**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

THERESA RHONETTE JACKSON,

      Plaintiff,

v.                                                 CASE NO. 1:16-cv-00176-WTH-GRJ

NANCY A BERRYHILL, CAROLYN W COLVIN,

      Defendants.

_____/

**O R D E R**

      This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation. (ECF No. 19). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed objections at ECF No. 22, to which the Commissioner responded, ECF No. 23. I have made a de novo review based on those objections. Having considered the Report and Recommendation, and the timely filed objections and response, I have determined that the Report and Recommendation should be adopted. The Court agrees with the Magistrate Judge that the Administrative Law Judge ("ALJ") did, in fact, make a credibility finding regarding plaintiff's complaints of pain and disability. Further, the ALJ explained that his finding was supported by the following substantial evidence: (1) plaintiff's medical records do not evidence the HIV-related symptoms -- such as fatigue, back pain, nausea and headaches -- claimed by plaintiff; (2) plaintiff has not required or sought more specialized treatment for her claimed fatigue and pain; (3) plaintiff's daily activities of cooking, cleaning, washing and hanging laundry, grocery shopping and attending church

contradict her claims of disabling anxiety and pain; and (4) physician opinion evidence did not support plaintiff's claims; for example, plaintiff testified that she could only stand for 10-15 minutes, but an examining physician found that she could stand or walk for 6 out of 8 hours each workday. The Court also agrees with the Magistrate Judge that the plaintiff's argument regarding residual functional capacity at Step Five of the sequential evaluation is irrelevant because the ALJ properly found the plaintiff able to perform her past relevant work at Step Four, thus compelling a finding that she was not disabled without reaching step five.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.   The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.   The Clerk is directed to enter the following judgment: "The decision of the Commissioner, denying benefits, is affirmed."  The Clerk is directed to close the file.

**DONE AND ORDERED** this *23rd* day of January, 2018

_____

UNITED STATES DISTRICT JUDGE